ERRATA

<u>International Industries, Ltd. v. United States</u>, Court No. 17-00010, Confidential Slip Op. 18-39, dated April 9, 2018.

Page 8: On line 2 of footnote 7, replace "purchasers" with "U.S. producers"

Page 8: On line 7 of footnote 7, replace "U.S. producers" with "U.S. purchasers"

April 17, 2018